**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
KATHERINE S. CATLOS, ESQ. 184227
kcatlos@kdvglaw.com
AARON M. SCOLARI, ESQ. SBN 237397
ascolari@kdvglaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0679

Attorneys for Defendant,
VALUCCI RESTAURANTS, INC. dba McDONALD'S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>Plaintiff,<br><br>vs.<br><br>VALUCCI RESTAURANTS, INC., a California corporation, dba McDONALD'S, MARY D. COGBURN, TRUSTEE of THE MARY D. COGBURN TRUST, and DOES ONE to FIFTY, inclusive,<br><br>Defendants. | Case No.: C 11-03174 JSC<br><br>ACTION FILED: June 27, 2011<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1** |

IT IS HEREBY STIPULATED, by and between Plaintiff MARSHALL LOSKOT ("Plaintiff") and Defendant VALUCCI RESTAURANTS, INC. dba McDONALD'S ("Defendant"), through their counsel and pursuant to Local Rule 6-1(a), that Defendant shall have until August 22, 2011 to answer or otherwise respond to Plaintiff's complaint. This is the first extension to respond to the Complaint.

//

//

//

IT IS SO STIPULATED.

DATED: August 11, 2011

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

/s/

Katherine S. Catlos
Aaron M. Scolari
Attorneys for Defendant
VALUCCI RESTAURANTS, INC. dba McDONALD'S,

DATED: August 11, 2011

SINGLETON LAW GROUP

/s/

Jason K. Singleton
Attorneys for Plaintiff MARSHALL LOSKOTT

Dated: August 11, 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Jacqueline Scott Corley

4824-3424-7434, v. 1

STIPULATION TO RESPOND TO COMPLAINT
Page 2
Case No.: C 11-01374 JSC