1  GIBSON, DUNN & CRUTCHER LLP
   BENJAMIN M. GLICKMAN, SBN 247907
2  BGlickman@gibsondunn.com
   1881 Page Mill Road
3  Palo Alto, California 94304
   Telephone: (650) 849-5300
4  Facsimile: (650) 849-5333

5  Attorneys for Defendant
   McDONALD'S CORPORATION
6
   KAUFMAN DOLOWICH VOLUCK & GONZO LLP
7  KATHERINE S. CATLOS, ESQ. SBN 184227
   AARON M. SCOLARI, ESQ. SBN 237397
8  425 California Street, Suite 2100
   San Francisco, CA 94104
9  Telephone: (415) 402-0059
   Facsimile: (415) 402-0679
10
   Attorneys for Defendants VALUCCI RESTAURANTS, INC.,
11 dba McDONALD'S

12 SINGLETON LAW GROUP
   JASON K. SINGLETON, SBN 166170
13 jason@singletonlawgroup.com
   611 "L" Street, Suite A
14 Eureka, California 95501
   Telephone:  (707) 441-1177
15 Facsimile:  (707) 441-1533

16 Attorney for Plaintiff
   MARSHALL LOSKOT
17

18                UNITED STATES DISTRICT COURT

19             FOR THE NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>Plaintiff,<br><br>v.<br><br>VALUCCI RESTAURANTS, INC., a California Corporation, dba McDONALD'S, MARY D. COGBURN, TRUSTEE of THE MARY D. COGBURN TRUST, and DOES ONE to FIFTY, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-3174-JSC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO COMPLETE G.O. 56 SITE INSPECTION**<br><br>ACTION FILED:   June 27, 2011<br>TRIAL DATE:        NONE |

1

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME
TO COMPLETE G.O. 56 SITE INSPECTION                                    CASE NO. 3:11-cv-3174-JSC

Plaintiff MARSHALL LOSKOT and defendants VALUCCI RESTAURANTS, INC. dba McDONALD'S and McDONALD'S CORPORATION hereby jointly stipulate and request through their attorneys of record that the Court continue the deadline to complete the General Order 56 site inspection from October 5, 2011 to October 26, 2011.

Good cause exists for the requested continuance:

WHEREAS, Defendant McDONALD'S CORPORATION was recently substituted for defendant MARY D. COGBURN and has not yet filed an answer to the Complaint;

WHEREAS, the Parties are in the process of discussing a settlement of the lawsuit;

WHEREAS, continuing the site inspection will permit the Parties to focus their efforts and attention on reaching a negotiated resolution of the lawsuit, without incurring the significant costs associated with a site inspection;

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and between the Parties, through their respective attorneys of record, and based on the foregoing, that the deadline to complete the joint site inspection, as required by General Order No. 56, be continued from October 5, 2011 to October 26, 2011.

DATED: September 20, 2011         SINGLETON LAW GROUP

                                   By: _____/s/_____
                                         Jason K. Singleton

                                   Attorneys for Plaintiff
                                   MARSHALL LOSKOT


DATED: September 20, 2011         GIBSON, DUNN & CRUTCHER LLP

                                   By: _____/s/_____
                                         Benjamin M. Glickman

                                   Attorneys for Defendant
                                   McDONALD'S CORPORATION

1 DATED: September 20, 2011   KAUFMAN DOLOWICH VOLUCK & GONZO LLP

2

3   By: _____/s/_____
4         Aaron M. Scolari

   Attorneys for Defendant
5   VALUCCI RESTAURANTS, INC. dba McDONALD'S

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to Stipulation, and for good cause shown, it is hereby ORDERED that the deadline to complete the joint site inspection, as required by General Order No. 56, shall be extended from October 5, 2011 to October 26, 2011.

DATE: September 28, 2011

_____
HON. JACQUELINE SCOTT CORLEY
MAGISTRATE JUDGE