**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, MARSHALL LOSKOT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**VALUCCI RESTAURANTS, INC., a California corporation, dba McDONALD'S, MARY D. COGBURN, TRUSTEE of THE MARY D. COGBURN TRUST, and DOES ONE to FIFTY, inclusive,**<br><br>    **Defendants.** | Case No. 3:11-CV-3174 JSC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER** |

  Plaintiff MARSHALL LOSKOT and Defendants VALUCCI RESTAURANTS, INC., and McDONALD'S CORPORATION (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

  1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: November 14, 2011     /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **MARSHALL LOSKOT**

**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**

Dated: November 14, 2011     /s/ Aaron M. Scolari
Aaron M. Scolari, Attorney for Defendant
**VALUCCI RESTAURANTS, INC.**

**GIBSON, DUNN & CRUTCHER LLP**

Dated: October 13, 2011     /s/ Christine Fujita
Christine Fujita, Attorney for Defendant
**McDONALD'S CORPORATION**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Loskot vs. Valucci Restaurants, Inc., et al.</u>, Case Number 3:11-CV-3174 JSC, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: November 16, 2011     _____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE